**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Bradford Wilson

REC'D OCT 17

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Upper Southampton
township office

Lower moreland township
Adminstration office

_____

**COMPLAINT**

Jury Trial:  ☐ Yes  ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.**    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification
number and the name and address of your current place of confinement.  Do the same for any additional
plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name                Bradford Wilson
             Street Address      64 Beechwood Dr
             County, City        Huntingdon valley
             State & Zip Code    Pa 19006
             Telephone Number    (262) 518 5844

Rev. 10/2009

B.  List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1       Name _Lower Moreland Township_
                      Street Address _640 Red ~~Lion~~ Rd Lion Rd_
                      County, City _Huntingdon Valley_
                      State & Zip Code _PA 19006_
                      _Phone 215 947 3100_

Defendant No. 2       Name _Upper Southampton township_
                      Street Address _939 Street Rd_
                      County, City _Southampton_
                      State & Zip Code _PA 18966_
                      _(215) 322-9760_

Defendant No. 3       Name _____
                      Street Address _____
                      County, City _____
                      State & Zip Code _____


Defendant No. 4       Name _____
                      Street Address _____
                      County, City _____
                      State & Zip Code _____



II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      Q  Federal Questions          Q  Diversity of Citizenship


B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

      _____

      _____

*Rev. 10/2009*                              - 2 -

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

        Plaintiff(s) state(s) of citizenship _____

        Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? _____

_____

B.     What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

| | |
|---|---|
| What happened to you? | C.     Facts: _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| Who did what? | _____ |
| | _____ |
| | _____ |
| | _____ |
| Was anyone else involved? | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| Who else saw what happened? | _____ |
| | _____ |
| | _____ |

**IV.      Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Rev. 10/2009*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of October , 20 22

Signature of Plaintiff _Brad Wilson_

Mailing Address _64 Beech wood Dr_
_Huntingdon valley_
_PA 19006_

Telephone Number _267 515 5844_

Fax Number *(if you have one)* _N/A_

E-mail Address _Bradfordwilson14@_
_gmail.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this 17 day of October , 20 22 I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern  District of Pennsylvania.

Signature of Plaintiff: _N/A_

Inmate Number _____