```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADFORD WILSON,                 :     CIVIL ACTION
                                 :     NO. 22-4157
         Plaintiff,              :
                                 :
    v.                           :
                                 :
UPPER SOUTHAMPTON TOWNSHIP       :
OFFICE, et al.,                  :
                                 :
         Defendants.             :
```

**ORDER**

**AND NOW,** this **14th** day of **April, 2023,** upon consideration of Plaintiff's Complaint (ECF No. 1) and Defendant's Motion to Dismiss (ECF No. 8), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that Plaintiff may file an amended complaint or a statement that he plans to stand on the original complaint by **April 28, 2023**. Failure to act by **April 28, 2023** will be deemed a decision by Plaintiff that he wishes to stand on his complaint.

If Plaintiff advises the Court that he will stand on his complaint, or fails to so respond by **April 28, 2023,** the Court will dismiss the case with prejudice due to Plaintiff's failure to state a claim upon which relief can be granted.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**