IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD WILSON, | : | CIVIL ACTION |
| | : | NO. 22-4157 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UPPER SOUTHAMPTON TOWNSHIP OFFICE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **31st** day of **May, 2023,** having received no response from Plaintiff to the Court's Order of April 14, 2023 (ECF No. 12), dismissing his complaint without prejudice, it is hereby **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**